HOMER GARDNER, Appellant, *v.* SHEPARD NILES CRANE & HOIST CORP., Respondent.

Argued June 12, 1946; decided July 23, 1946.

*Gaylord Riggs* for appellant.

*Morgan F. Bisselle* and *Warren. C. Tucker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.